UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOMINIC PIERRE ALEXANDER, 1ˢᵗ El,

    Plaintiff,

v.                                              Case No: 8:24-cv-1291-WFJ-NHA

UNITED STATES POSTAL
REGULATORY COMMISSION,

    Defendant.
_____/

**O R D E R**

This cause comes before the Court pursuant to Plaintiff's amended motion to proceed without prepayment of fees (Dkt. 10) and the United States Magistrate Judge's report recommending that the motion be denied, and the complaint be dismissed (Dkt. 11). The time for filing any objections has passed.

Having found that Plaintiff has failed and refused to comply with a prior court order, the magistrate judge recommends that this case be dismissed for failure to prosecute and failure to abide by the Court's order entered June 6, 2024, at docket 7. Dkt. 11. The Court agrees based on the reasons set forth in the Report and Recommendation and an independent examination of the file. Accordingly, the Court rules as follows:

1. The Report and Recommendation (Dkt. 11) is adopted, confirmed, and approved in all respects and made a part of this Order.

2. Plaintiff's amended motion/application to proceed without prepaying fees or costs (Dkt. 10) is denied.

3. Plaintiff's complaint (Dkt. 1) is dismissed.

4. The Clerk is directed to terminate any pending deadlines and motions and to close the case.

**DONE** and **ORDERED** at Tampa, Florida on July 26, 2024.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Plaintiff, *pro se*